```
                                            ___ FILED      ✓ RECEIVED
                                            ___ ENTERED    ___ SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

                                                      JUN 27 2023

                                                 CLERK US DISTRICT COURT
                                                   DISTRICT OF NEVADA
                                            BY:_____ DEPUTY
```

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

ALEXIS HUMBERTO LOPEZ-CACERES,
  aka "ALEXIS LOPEZ"
  aka "ALEXIS CACERES"
  aka "ALEXIS CACERES-LOPEZ,"

   Defendant.

Case No. 2:23-mj-00548-DJA

**Stipulation for an Order Directing Probation to Prepare a Criminal History Report**

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and T. Kenneth Lee, Assistant Federal Public Defender, counsel for defendant ALEXIS HUMBERTO LOPEZ-CACERES, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 27 day of June, 2023.

Respectfully Submitted,

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

/s/  
Assistant Federal Public Defender  
Counsel for Defendant ALEXIS HUMBERTO LOPEZ-CACERES,

/s/ Justin Washburne  
JUSTIN J. WASHBURNE  
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS HUMBERTO LOPEZ-CACERES,<br>    aka "ALEXIS LOPEZ"<br>    aka "ALEXIS CACERES"<br>    aka "ALEXIS CACERES-LOPEZ,"<br><br>Defendant. | Case No. 2:23-mj-00548-DJA<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of June, 2023.

_____
HONORABLE DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3